# EXHIBIT 1

City of Hope

4[redacted]

April 2, 2024

JOHN SJODIN
[redacted]

**Notice of Data Breach**

Dear John Sjodin:

City of Hope is committed to providing the highest standard of patient care, as well as protecting the privacy and confidentiality of your information. This notice concerns an incident in which an unauthorized third party accessed some of City of Hope's systems and copied files, including some that may have contained your information.

While there is no indication of any identity theft or fraud occurring as a result of this incident, we want to let you know what happened, and the steps that we have taken in response. This letter explains what happened, our response, and steps you can take to protect your information.

***What Happened?***

On or about October 13, 2023, City of Hope became aware of suspicious activity on a subset of its systems and immediately instituted mitigation measures to minimize any disruption to its operations. City of Hope launched an investigation into the nature and scope of the incident with the assistance of a leading cybersecurity firm, which determined that an unauthorized third party accessed a subset of our systems and obtained copies of some files between September 19, 2023, and October 12, 2023. City of Hope has undertaken a detailed review of the copied files to determine the incident's impact and has determined that some of these files may have contained your information.

***What Information Is Involved?***

While the investigation remains ongoing, the impacted personal information identified thus far varies by individual but may have included name, contact information (*e.g.,* email address, phone number), date of birth, social security number, driver's license or other government identification, financial details (*e.g.*, bank account number and/or credit card details), health insurance information, medical records and information about medical history and/or associated conditions, and/or unique identifiers to associate individuals with City of Hope (*e.g.*, medical record number).

***What We Are Doing***

Upon discovery of this incident, City of Hope immediately instituted mitigation measures. We then promptly implemented additional and enhanced safeguards and enlisted the support of a leading cybersecurity firm to enhance the security of our network, systems, and data. We also launched a comprehensive investigation, identified individuals who may have been affected, reported the incident to law enforcement, and notified regulatory bodies.

***What You Can Do***

We encourage you to remain vigilant to protect against potential fraud and identity theft by reviewing your account statements, monitoring your credit reports, and notifying your financial institutions of any potential suspicious activity.

We have secured the services of Kroll to provide identity monitoring at no cost to you for two years. Kroll is a global leader in risk mitigation and response, and their team has extensive experience helping people who have sustained an unintentional exposure of confidential data. Your identity monitoring services include Credit Monitoring, Fraud Consultation, and Identity Theft Restoration.

Visit **https://enroll.krollmonitoring.com** to activate and take advantage of your identity monitoring services.

*You have until **July 1, 2024** to activate your identity monitoring services.*

Membership Number: [redacted]

For more information about Kroll and your identity monitoring services, you can visit info.krollmonitoring.com. Additional information describing these available services is included with this letter.

Please review the "Additional Resources" section included with this letter. This section describes additional steps you can take to help protect your information, including recommendations by the Federal Trade Commission regarding identity theft protection and details on how to place a fraud alert or a security freeze on your credit file.

***For More Information***

We greatly value our relationship and the trust you place in us and are deeply sorry for any concern this incident may cause. If you have questions, please call the dedicated call center at 1-866-495-8913, Monday through Friday from 8:00 a.m. to 5:30 p.m. Central Time, excluding major U.S. holidays. Please have your Membership Number ready. You can also visit https://www.cityofhope.org/notice-of-data-security-incident for more information.

Sincerely,

Angela M. Alton

Chief Privacy Officer

[redacted]

KROLL

## TAKE ADVANTAGE OF YOUR IDENTITY MONITORING SERVICES

You have been provided with access to the following services from Kroll:

**Single Bureau Credit Monitoring**

You will receive alerts when there are changes to your credit data—for instance, when a new line of credit is applied for in your name. If you do not recognize the activity, you will have the option to call a Kroll fraud specialist, who will be able to help you determine if it is an indicator of identity theft.

**Fraud Consultation**

You have unlimited access to consultation with a Kroll fraud specialist. Support includes showing you the most effective ways to protect your identity, explaining your rights and protections under the law, assistance with fraud alerts, and interpreting how personal information is accessed and used, including investigating suspicious activity that could be tied to an identity theft event.

**Identity Theft Restoration**

If you become a victim of identity theft, an experienced Kroll licensed investigator will work on your behalf to resolve related issues. You will have access to a dedicated investigator who understands your issues and can do most of the work for you. Your investigator will be able to dig deep to uncover the scope of the identity theft and then work to resolve it.

Kroll's activation website is only compatible with the current version or one version earlier of Chrome, Firefox, Safari, and Edge.

To receive credit services, you must be over the age of 18 and have established credit in the U.S., have a Social Security number in your name, and have a U.S. residential address associated with your credit file.

## ADDITIONAL RESOURCES

You should always remain vigilant for incidents of fraud and identity theft, including by regularly reviewing your account statements and monitoring credit reports. If you discover any suspicious or unusual activity on your accounts or suspect identity theft or fraud, be sure to report it immediately to your financial institutions.

In addition, you may contact the Federal Trade Commission ("FTC") or law enforcement, including your state Attorney General, to report incidents of identity theft or to learn about steps you can take to protect yourself from identity theft. To learn more, you can go to the FTC's website at www.ftc.gov/idtheft, or call the FTC at (877) IDTHEFT (438-4338), or write to Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

You may also periodically obtain credit reports from the nationwide credit reporting agencies. If you discover information on your credit report arising from a fraudulent transaction, you should request that the credit reporting agency delete that information from your credit report file. In addition, under federal law, you are entitled to one free copy of your credit report every 12 months from each of the three nationwide credit reporting agencies. You may obtain a free copy of your credit report by going to www.AnnualCreditReport.com or by calling 1-877-322-8228. You may contact the nationwide credit reporting agencies at:

| | | |
|---|---|---|
| Equifax | Experian | TransUnion |
| (800) 685-1111 | (888) 397-3742 | (800) 680-7289 |
| P.O. Box 740241 | P.O. Box 9701 | Fraud Victim Assistance |
| Atlanta, GA 30374-0241 | Allen, TX 75013 | P.O. Box 2000 |
| www.Equifax.com | www.Experian.com | Chester, PA 19016-2000 |
| | | www.TransUnion.com |

You also have other rights under the Fair Credit Reporting Act ("FCRA"). For information about your rights under the FCRA, please visit: http://files.consumerfinance.gov/f/201410_cfpb_summary_your-rights-under-fcra.pdf.

In addition, you may obtain additional information from the FTC and the credit reporting agencies about fraud alerts and security freezes. You can add a fraud alert to your credit report file to help protect your credit information. A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to verify your identity. You may place a fraud alert in your file by calling any of the nationwide credit reporting agencies listed above. As soon as that agency processes your fraud alert, it will notify the other two agencies, which then must also place fraud alerts in your file.

In addition, you can contact the nationwide credit reporting agencies at the numbers listed above to place a security freeze to restrict access to your credit report. You will need to provide the credit reporting agency with certain information, such as your name, address, date of birth, and Social Security number. After receiving your request, the credit reporting agency will send you a confirmation letter containing a unique PIN or password that you will need in order to lift or remove the freeze in the future. You should keep the PIN or password in a safe place.

**Federal Trade Commission and State Attorneys General Offices.** If you believe you are the victim of identity theft or have reason to believe your personal information has been misused, you should immediately contact the Federal Trade Commission and/or the Attorney General's office in your home state. You may also contact these agencies for information on how to prevent or minimize the risks of identity theft.

You may contact the **Federal Trade Commission**, Consumer Response Center, 600 Pennsylvania Avenue, NW, Washington, DC 20580, www.ftc.gov/bcp/edu/microsites/idtheft/, 1-877- IDTHEFT (438-4338).

**For Connecticut residents.** You may contact the Connecticut Office of the Attorney General, 165 Capitol Avenue, Hartford, CT 06106, 1-860-808-5318, www.ct.gov/ag.

**For Iowa residents.** You may report suspected identity theft to law enforcement or to the Iowa Office of the Attorney General, Consumer Protection Division, Hoover State Office Building, 1305 E. Walnut Street, Des Moines, Iowa 50319-0106, 1-515-281-5926, www.iowaattorneygeneral.gov/for-consumers.

**For Maryland residents.** You may contact the Maryland Office of the Attorney General, Consumer Protection Division, 200 St. Paul Place, Baltimore, MD 21202, 1-888-743-0023, www.marylandattorneygeneral.gov/.

**For Massachusetts residents.** You have the right to obtain a police report relating to this incident. You may contact the Massachusetts Office of the Attorney General, 1 Ashburton Place, Boston, MA 02108, 1-617-727-8400, www.mass.gov/ago/contact-us.html.

**For North Carolina residents.** You may contact the North Carolina Office of the Attorney General, Consumer Protection Division, 9001 Mail Service Center, Raleigh, NC 27699-9001, 1-877-566-7226, www.ncdoj.gov.

**For New York residents.** You may contact the New York Office of the Attorney General, The Capitol, Albany, NY 12224-0341, 1-800-771-7755, https://ag.ny.gov/.

**For Oregon residents.** You may report suspected identity theft to law enforcement and the Oregon Office of the Attorney General, Consumer Protection Division, 1162 Court Street NE, Salem, OR 97301-4096, 1-877-877-9392, www.doj.state.or.us/consumer-protection/id-theft-data-breaches/data-breaches.

**For Rhode Island residents.** You have the right to obtain a police report relating to this incident, and if you are a victim of identity theft, you also have the right to file a police report and obtain a copy of it. You may contact the Rhode Island Office of the Attorney General, 150 South Main Street, Providence, RI 02903, 1-401-274-4400, www.riag.ri.gov.